**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**LUIS GILBERTO SANCHEZ-PEREZ,**<br><br>***Defendant.*** | **CRIMINAL ACTION NO. 3:26-cr-00016-TES-CHW** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Luis Gilberto Sanchez-Perez's unopposed motion to continue trial in the interest of justice. [Doc. 16]. On September 15, 2026, the Grand Jury returned a one count indictment charging Defendant with illegal reentry. *See* [Doc. 1, p. 1]; *see also* 8 U.S.C. § 1326(a). Defendant was arrested and pled not guilty. [Doc. 6]; [Doc. 9]; [Doc. 10]. He then filed his unopposed motion to continue on October 15, 2026. [Doc. 16].

Defendant requests a continuance because he has not yet received discovery from the government. [Doc. 16, p. 2]. Once Defendant does receive discovery, his counsel will need time to review it. [*Id.*]. The government does not oppose this motion. [*Id.*]. Thus, the Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel

"the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's unopposed motion to continue trial in the interest of justice. [Doc. 16]. The Court **CONTINUES** the Pretrial Conference until **December 2, 2026**, and the trial of this matter until **January 20, 2027**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 16th day of October, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**